FILED
2025 Apr-22  PM 12:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2025 APR 22  P 12: 08

U.S. DISTRICT COURT
N.D. OF ALABAMA _lcb_

Christopher Bullard

*Plaintiff*
*(Write your full name.  No more than one plaintiff may be named in a pro se complaint)*

v.

CITY of Huntsville
Huntsville City Police Dept
ARIN Gilson Traffic offer H.P.D
And 4 other officers who ARE currently
UNKNOWN To Plaintiff

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

Case No.:_____
(to be filled in by the Clerk's Office)

JURY TRIAL  ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff**
Name                      Christopher Bullard
Street Address            2026 woodlawn Dr. Sw.
City and County           Huntville / MADison
State and Zip Code        ALABAMA / 35802
Telephone Number          938-210-8851

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation.  If you are suing an individual in his/her official capacity, include the person's job or title.  Attach additional pages if needed.

Page **1** of 7

Pro Se General Complaint for a Civil Case (Rev 10/16)

Defendant No. 1
    Name            CITY of Huntsville Alabama
    Job or Title      N/A.
    Street Address   N/A
    City and County  Hutsville / Madison.
    State and Zip Code Alabama / 35802

Defendant No. 2
    Name            CITY of Huntsville Alabama (HPD)
    Job or Title      The Huntsville City Police Dept
    Street Address   815 wheeler AV. NW
    City and County  Hortville Madison.
    State and Zip Code Alabama · 35405 ·

Defendant No. 3
    Name            ARIN G. Ison
    Job or Title      HPD Traffic officer
    Street Address   815 wheeler AV. NW
    City and County  Huntsville / Madison
    State and Zip Code Alabama, 35805

Defendant No. 4
    Name            UNKNOWN 4 officers
    Job or Title      HPD Traffic offeurs
    Street Address   815 wheeler AV. NW
    City and County  Hutsville MADISON
    State and Zip Code Alabama / 35805

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
Name            *4 other* HPD offices whose names
Job or Title    are unknown to Plaintiff because
Street Address  they Refused to provide Badge #'s
City and County OR NAMES upon my Request
State and Zip Code ALABAMA   3580<

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question   ☒ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency  CITY of Huntsville & Huntsville
Police dept. AND Its offers
Address  815 wheeler Ave. NW

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth Amendment / no probable cause / Reasonable suspicion
Fourteenth Amendment / - Due Process
Abuse of discretion / Malicious prosecution

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON 10/7/2024 Plaintiff was operating a motor vehicle travelling west on Mt Gap Rd preparing to make a Right turn to go North of Memorial Parkway. As I moved into Rgt turn lane all North bound traffic was stopped at the Light. Plaintiff saw a Red light at Next Intersection, Plaintiff got to the light it turned Green, Plaintiff proceed to Next Light which was 2cd. Plaintiff stopped at the 1cd, Looked in Rear view And blue lights Appeared! — SEE ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to the seriousness of such blanket actions by the defendants in this matter. Plaintiff moves for the following Relief Punitive damages in the amount of 50 million dollars Exemplary damage in the amount of 40 million dollars Actual damages in the amount of 30 million dollars as Plaintiff contends that this type of actions by defendants IS both widespread and continuing further plaintiff contends that Failure by Leadship has resulted in blanket violations of Citizens Rghts by HPD and it staff A TRO for pence to prevent such actions from reoccurrn. An Independant federall investigation into HPD its policies, practices and procedures. (see Attachments)

Plaintiff moved to closest Lichted Area. Plaintiff noted Another Police vehicle Plaintiff got out of the car with a cigarette in one hand and the the other in the air. At this point the officers Drew thier service And ordered the Plaintiff Back into the car, Plaintiff complyed when Officer Gilson placed hadcuffs and began a patdown, finding nothing upon my Person. Officer Gilson suvered the hand cuffs And began to mac plaintiff to his vehicle. On the way Plaintiff Explaid that was not His vehicle and could Not give them permission to search It. As Officer Gilson Had secured the cuffs of Plaintiff and Before Plaintiff Explaid deniel of search. Two of the most unusual circumstaces occured 2 of the other officers who came to Asset officer Gilson, came from The passanger side of vehicle still with Guns Drawn and said you know we could shoot you right? Plaintiff explaind they would be dooing his family a favor. as they need the money, Then the Plaintiff was Asked By one of the yet unkown officers If Plaintiff Knew he was somehow required to Remain In his vehicle? Plaintiff informed the officers Present that as of that date Plaintiff Knew of No laws passed by anyone In Alabama that required A Driver to Remain Inside untill plice came to window. Plaintiff then heard. Well Everybody else does It. To wit the Plaintiff asked if thein ones were Lining Up to Kill themselves would he get in the line? Plaintiff again Remined officers it was not his vehicle and Not search it. Plaintiff was then Placed Into Back Rear Seat Officer Gilson Got into Front Seat. During the conservation between Officer Gilson And Plaintiff, The Plaintiff noted 3 officers open and close Plaintiffs doors stek objects through open windows. some 30 minuts later As Plaintiff was being Remoued from cruser, while standing outside waiting for cuffs to be removed Plaintiff asked for All officers Names & Badge Numbers. Then officer Gilson Informed Plaintiff that he was Issuing a Ticket to Plaintiff. Plaintiff asked for what reasn? officer Gilson said for Running that Light back there. Plaintiff asked officer Gilson what light? The officer Replyed At the tun on MT. Gap. Plaintiff then said Are You serious. Officer Gilson then proceeded To Issue Three seperate moving violates to the Plaintiff

SEE Exhibits (A-M ) As to the constitution violations by the officers while acting under the color of law. 1st As evidenced by The Exhibits Attached Plaintiff contends that It is impossible to have ran a red light at ust Gap and turning North to enter the PARKWAY. As according to the city traffic engineer. There is not a Red light for the right turn only lane At that intersection. As such Plaintiff did not run a red light, because it doesn't exist. Further it is impossible to have made An improper turn. as North bound traffic In which officer Gilsons vehicle direction of travel was stopped at the lights, as plaintiff made his turn to enter Northbound Lane And as Yeild sighn is only traffic marker for the turn Lane and northbound was at a stop for to light Plaintiff had Right of way and made proper turn. as far as the present Speed to next light Plaintiff timed The light so well that when plaintiff got to it, it changed green And plaintiff proceeded to next light. when plaintiff got to the 3rd light. officer Gilson Hit the blue lgts and pulled plaintiff over. The actions by officer Gilson and the other H.P.D. officers in this matter on the night in Question clearly show That officer Gilson had No probable Cause to pull plaintiff over. much less to search, Handcuff or detain the plaintiff. The actions by these officers including the issuance of 3. tickets to plaintiff were done so by officer Gilson with Malice and aforethought. And in violation of The laws of the state and the constitution of the United states. The officers in this action Knowing violated plaintiffs Rights. of Probable Cause, Due Process Fake arrest /detention / Malicious Prosecution. Plaintiff further contends that the actions by the defendants were so egregious as to shock the conciousness. And Must Not be allowed to continue.

Ⓐ

# Relief

Plaintiff in this matter moves the Court to call for an immediate review of All of officer Gibsons Past conduct by H.P.D. Internal affairs as well as A Complete review of the entire Huntsville Police Department, Its Policys, Customs, And Practices. And a Preliminary Injection to retrain its patrol officers as to what constitutes various traffic signals within the city. And Plaintiff asks the Court to Have the US. Dept of Justice oversee the Review of HPDS Polecys, Customs and practices. As clearly some serious oversight Is Required In this matter.

Hand Delivered 4/22/25

①

| In the State of Alabama<br>County of Madison<br>In the Municipal Court<br>City of Huntsville | **ORDER OF DISMISSAL** | Case Number<br>**24T0027734** |
| --- | --- | --- |

## IN THE MUNICIPAL COURT OF HUNTSVILLE, ALABAMA

### CITY OF HUNTSVILLE
### vs.
### CHRISTOPHER BULLARD, Defendant

**Charge: Improper Turn**

On this the 15th day of April, 2025, **it is hereby Ordered** that the Defendant's Case be **Dismissed**.

☐ Costs are assessed in the amount of $_____ plus, a Docket Fee of $_____.

☑ Costs are Waived.

☑ With Prejudice.

☐ Without Prejudice.

**DONE** and **ORDERED** this 15th day of April, 2025.

_____
**Judge Lonzo Robinson**
**Huntsville Municipal Court**

| In the State of Alabama<br>County of Madison<br>In the Municipal Court<br>City of Huntsville | **ORDER OF DISMISSAL** | Case Number<br>**24T0027733** |
|---|---|---|

## IN THE MUNICIPAL COURT OF HUNTSVILLE, ALABAMA

### CITY OF HUNTSVILLE
### vs.
### CHRISTOPHER BULLARD, Defendant

**Charge: Reasonable and Prudent Speed**

On this the 15th day of April, 2025, **it is hereby Ordered** that the Defendant's Case be **Dismissed**.

☐ Costs are assessed in the amount of $_____ plus, a Docket Fee of $_____.

☑ Costs are Waived.

☑ With Prejudice.

☐ Without Prejudice.

**DONE** and **ORDERED** this 15th day of April, 2025.

**Judge Lonzo Robinson**
**Huntsville Municipal Court**

| In the State of Alabama County of Madison In the Municipal Court City of Huntsville | **ORDER OF DISMISSAL** | Case Numbe 24T002773: |

## IN THE MUNICIPAL COURT OF HUNTSVILLE, ALABAMA

### CITY OF HUNTSVILLE
#### vs.
### CHRISTOPHER BULLARD, Defendant

#### Charge: Run Red Light

On this the 15th day of April, 2025, **it is hereby Ordered** that the Defendant's Case be **Dismissed**.

☐ Costs are assessed in the amount of $_____ plus, a Docket Fee of $_____.

☑ Costs are Waived.

☑ With Prejudice.

☐ Without Prejudice.

**DONE** and **ORDERED** this 15th day of April, 2025.

_____
**Judge Lonzo Robinson**
**Huntsville Municipal Court**



