previous 12 months, commit the offense set forth contrary to law in that: on or about

...that he/she has probable that the person herein named did, within the

TYPE: PRIVATE

| Date | 10/7/2024 | at approx Time | 9:01 PM | | |
|---|---|---|---|---|---|
| First Name | CHRISTOPHER | Middle/Maiden | | Last BULLARD | Suffix |

Address: 2026 WOODLAWN DR SW

| City | HUNTSVILLE | | State AL | Zip Code 35802-4400 |
|---|---|---|---|---|
| State AL | Driver's License Number [redacted] | | | Class of License D |
| Sex M | Race W | [redacted] | Social Security Number [redacted] | Driver's License in Possession? YES |
| Height 5' 10" | Weight 164 lbs. | Eyes BLU | Hair BLK | Vehicle Tag Number 47B333B | State AL | Year 2025 |

| Vehicle Description (year, make, model, color) | | | | Owner of Vehicle |
|---|---|---|---|---|
| 2003 | MERC | SABLE GS | TAN | DRIVER |

Employer/Owner of Vehicle (Address): 2026 WOODLAWN DR SW / HUNTSVILLE, AL 35802-0000

Did unlawfully operate a motor vehicle or other vehicle at or near Memorial Parkway within the city limits of HUNTSVILLE at or near Meadowbrook Dr in violation of Municipal Ordinance Number 17-1(A) duly adopted and in force at the time the offense was committed adopting 32-5A-32.

| Statute 32-5A-32 | UCR Code | Mile No. | Road Cd |
|---|---|---|---|

Described: RUN RED LIGHT

| Details | | MPH ___ | Speed Limit ___ |
|---|---|---|---|
| | | BAC ___ | |

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)

Crash Involved: NO
Companion Case: None

| | Officer ID 19456 | Agency ORI AL0470100 |
|---|---|---|

Officer Name: Arin Gilson

Complainant's Signature

Signature and Title

U5246202 CHRISTOPHER

| Address | | | | | | |
|---|---|---|---|---|---|---|
| 2026 WOODLAWN DR SW | | | | | | Suffix |
| City | | | | | | |
| HUNTSVILLE | | | | | | |
| State | Driver's License Number | | | State | | Zip Code |
| AL | ███████ | | | AL | | 35802-4400 |
| Sex | Race | DOB | Social Security Number | | | Class of License |
| M | W | ███████ | ███████ | | | D |
| Height | Weight | Eyes | Hair | Vehicle Tag Number | Driver's License in Possession? YES | |
| 5' 10" | 164 lbs. | BLU | BLK | 47B333B | State AL | Year 2025 |
| Vehicle Description (year, make, model, color) | | | | | | Owner of Vehicle |
| 2003  MERC  SABLE GS  TAN | | | | | | DRIVER |
| Employer/Owner of Vehicle (Address) | | | | | | |
| 2026 WOODLAWN DR SW / HUNTSVILLE, AL 35802-0000 | | | | | | |

Did unlawfully operate a motor vehicle or other vehicle at or near Memorial Parkway within the city limits of HUNTSVILLE at or near Meadowbrook Dr in violation of Municipal Ordinance Number 17-1(A) duly adopted and in force at the time the offense was committed adopting 32-5A-130.

| Statute | UCR Code | Mile No. | Road Cd |
|---|---|---|---|
| 32-5A-130 | | | |

Described
**IMPROPER TURN**

| Details | MPH | Speed Limit |
|---|---|---|
| | | |
| | BAC | |

Crash Involved: NO
Companion Case: None

| Officer ID | Agency ORI |
|---|---|
| 19456 | AL0470100 |

Officer Name
**Arin Gilson**

Complainant's Signature

Signature and Title        Judge/Magistrate

Sworn to and acknowledged me this date

previous 12 months ___ contrary to law in that: on or about Date **10/7/2024** at approx Time **9:01 PM**   PRIVATE

First Name: **CHRISTOPHER**  Middle/Maiden:   Last: **BULLARD**  Suffix:

Address: **2026 WOODLAWN DR SW**

City: **HUNTSVILLE**  State: **AL**  Zip Code: **35802-4400**

State: **AL**  Driver's License Number: [redacted]  Class of License: **D**

Sex: **M**  Race: **W**  DOB: [redacted]  Social Security Number: [redacted]  Driver's License in Possession? **YES**

Height: **5' 10"**  Weight: **164 lbs.**  Eyes: **BLU**  Hair: **BLK**  Vehicle Tag Number: **47B333B**  State: **AL**  Year: **2025**

Vehicle Description (year, make, model, color): **2003 MERC SABLE GS TAN**  Owner of Vehicle: **DRIVER**

Employer/Owner of Vehicle (Address): **2026 WOODLAWN DR SW / HUNTSVILLE, AL 35802-0000**

Did unlawfully operate a motor vehicle or other vehicle at or near Memorial Parkway within the city limits of HUNTSVILLE at or near Meadowbrook Dr in violation of Municipal Ordinance Number 17-1(A) duly adopted and in force at the time the offense was committed adopting 32-5A-170.

Statute: **32-5A-170**  UCR Code:   Mile No.:   Road Cd:

Described: **REASONABLE PRUDENT SPEED**

Details:   MPH ___  Speed Limit ___  BAC ___

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)

Crash Involved: **NO**  Companion Case: **None**

Officer Name: **Arin Gilson**  Officer ID: **19456**  Agency ORI: **AL0470100**

Complainant's Signature:

Sworn to and acknowledged before me this date:   Signature and Title:   Judge/Magistrate:

COURT APPEARANCE INFORMATION

**MUNICIPAL COURT OF HUNTSVILLE**   256-427-7800

U5246204  CHRISTOPHER BULLARD